FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 07, 2026
SEAN F. McAVOY, CLERK

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
**for the**
**Eastern District of Washington**

**UNITED STATES OF AMERICA,**
*Plaintiff,*

v.

Jobanny CHAVEZ-CASTRO
*Defendant.*

Case No.: 4:26-MJ-07232-ACE

## CRIMINAL COMPLAINT

I, Forest Grow, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 5, 2026, in the county of Benton in the Eastern District of Washington, the defendant(s) violated:

| ***Code Section*** | ***Offense Description*** |
|---|---|
| *8 U.S.C. § 1326* | *Alien in the United States After Deportation* |

This criminal complaint is based on these facts:

On or about October 5, 2026, Jobanny CHAVEZ-CASTRO (a/k/a Geovanny CHAVEZ-MARTINEZ), hereinafter referred to as CHAVEZ-CASTRO, a citizen and national of Nicaragua, who theretofore on or about October 19, 2011, had been deported from the United States at El Paso, Texas was identified in the United States by Border Patrol Agent (BPA) Edgar Rogel, in the Benton County Jail, Benton County, Washington, within the Eastern District of Washington.

CHAVEZ-CASTRO, did not have the express consent of the Attorney General or the Attorney General's successor, the Secretary of the Department of Homeland Security (6 U.S.C. §§ 101, 202(3) & (4), 402, 557), to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326.

I further state that I am a Border Patrol Agent (BPA), and that this complaint is based on the following facts:

I have read and reviewed the information in federal immigration databases that CHAVEZ-CASTRO is a citizen and national of Nicaragua who removed from the United States on or about October 19, 2011, in El Paso, Texas. CHAVEZ-CASTRO's was removed from the United States a second time, on or about January 23, 2019, in Alexandria, Lousiana.

☒ Continued on the attached sheet.

On October 5, 2026, I, BPA Forest Grow, was advised by BPA Edgar Rogel that CHAVEZ-CASTRO had been booked into the Benton County Jail, located in Benton County, Washington, which is in the Eastern District of Washington. I queried CHAVEZ-CASTRO through NCIC, and saw that he used numerous aliases, including Geovanny CHAVEZ-MARTINEZ. I inquired further into CHAVEZ-CASTRO's arrest through a review of the Benton County Jail roster (which is entitled "Inmate Inquiry"), which is publicly available on the Internet. CHAVEZ-CASTRO was booked into the facility under the name "Geovanny F CHAVEZ-MARTINEZ" on September 29, 2026, for two counts of Fail to Comply, Controlled Substance-Knowingly Possess, Resisting Arrest, Obstructing a Public Officer, and Theft.

I checked CHAVEZ-CASTRO in NCIC (National Criminal Information Center) which revealed that the individual booked and fingerprinted into the Benton County Jail on September 29, 2026 (CHAVEZ-MARTINEZ), is associated with FBI#36623AC4. When FBI # 36623AC4 was run through EARM (Enforce Alien Removal Module), EARM confirmed that FBI # 36623AC4 was a positive match to the Alien number A079748569, which is associated with CHAVEZ-CASTRO. CHAVEZ-CASTRO's Alien number is, in turn, is the same as that associated with CHAVEZ-CASTRO's October 19, 2011, removal from the United States at El Paso, Texas.

In summary, NCIC – through NCIC's receipt of data concerning CHAVEZ-CASTRO's fingerprints being taken on September 29, 2026, at the Benton County Jail – confirmed that the CHAVEZ-CASTRO associated with FBI# 36623AC4 was the CHAVEZ-CASTRO booked (under the alias of "Geovanny F CHAVEZ-MARTINEZ") into the Benton County Jail on September 29, 2026. EARM then confirmed that the CHAVEZ-CASTRO associated with FBI# 36623AC4 is the same CHAVEZ-CASTRO associated with Alien number A079748569. EARM also confirmed that the CHAVEZ-CASTRO associated with Alien number A079748569 is the same CHAVEZ-CASTRO associated with the October 19, 2011, removal from the United States at El Paso, Texas. These databases serve the purpose of providing law enforcement with accessible data and records to allow law enforcement to confirm whether a particular individual is in fact the individual sought or encountered by law enforcement. The listed identifiers (FBI number and Alien number) are unique to CHAVEZ-CASTRO and connect the CHAVEZ-CASTRO (listed under the alias "Geovanny F CHAVEZ-MARTINEZ") booked in the Benton County Jail on September 29, 2026, with the CHAVEZ-CASTRO removed from the United States on October 19, 2011. Probable cause accordingly exists to believe that the CHAVEZ-CASTRO (under the alias Geovanny F CHAVEZ-MARTINEZ) booked into the Benton County Jail on September 29, 2026, is the same CHAVEZ-CASTRO removed from the United States on October 19, 2011.

Based on my knowledge as foresaid, neither the Attorney General, nor the Attorney General's successor, the Secretary of the Department of Homeland Security has approved the Defendant for re-

admission into the United States.

Forest Grow

*Complainant's signature*

Forest Grow, Border Patrol Agent

*Printed name and title*

☐Sworn to before me and signed in my presence.
☒Sworn to before me telephonically and signed electronically.

*Judge's signature*

Date: October 7, 2026

City and state: ~~Spokane~~ Yakima JAG, Washington

James A. Goeke, U.S. Magistrate Judge

*Printed name and title*